UNITED STATES DISTRICT COURT FOR CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AUMANN AUCTIONS, INC. ) | |
| Plaintiff, ) | |
| ) | Case No. No. 3:17-cv-3156 |
| vs. ) | |
| ) | **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S** |
| ) | **EXHIBITS** |
| CONRAD FLETCHER, ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, AUMANN AUCTIONS INC., by Edward T. Graham, Jr. of Brown, Hay & Stephens, LLP, and Aaron D. Calvert, of Beavers, Calvert, Brotherton & Frisch of Taylorville, Illinois, and for its Objections to Plaintiff's Exhibits states as follows:

1. Plaintiff objects to Defendant's Exhibit #1 as then same is irrelevant and in violation of Rule 408(a) of the Federal Rules of Evidence (FRE Rule 408(a). See Plaintiff's First Motion in *Limine* previously filed herein.

2. Plaintiff objects to Defendant's Exhibit #1a as then same is irrelevant and in violation of Rule 408(a) of the Federal Rules of Evidence (FRE Rule 408(a). See Plaintiff's First Motion in *Limine* previously filed herein.

3. Plaintiff has no objection to the admission of Plaintiff's Exhibit #1b, as the same is identical to Plaintiff's Exhibit 13.

4. Plaintiff has no objection to the admission of Plaintiff's Exhibit #1c, as the same is identical to Plaintiff's Exhibit 14.

5. Plaintiff has no objection to the admission of Plaintiff's Exhibit #1d, as the same is identical to Plaintiff's Exhibit 15.

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS**

6. Plaintiff objects to Defendant's Exhibit #2 as the same is irrelevant and in violation of Rule 408(a) of the Federal Rules of Evidence (FRE Rule 408(a). See Plaintiff's First Motion in *Limine* previously filed herein.

7. Plaintiff objects to Defendant's Exhibit #3 as the same is irrelevant and in violation of Rule 408(a) of the Federal Rules of Evidence (FRE Rule 408(a). See Plaintiff's First Motion in *Limine* previously filed herein.

8. Plaintiff objects to Defendant's Exhibit #4 as the same is irrelevant and in violation of Rule 408(a) of the Federal Rules of Evidence (FRE Rule 408(a). See Plaintiff's First Motion in *Limine* previously filed herein.

9. Plaintiff has no objection to the admission of Plaintiff's Exhibit #5.

10. Plaintiff has no objection to the admission of Plaintiff's Exhibit #5a, as the same is identical to Plaintiff's Exhibit 7.

11. Plaintiff objects to Defendant's Exhibit #5b as the same is duplicative of Defendant's Exhibit #5.

12. Plaintiff has no objection to the admission of Plaintiff's Exhibit #6.

13. Plaintiff has no objection to the admission of Plaintiff's Exhibit #7, as the same is identical to Plaintiff's Exhibit 9.

14. Plaintiff objects to Defendant's Exhibit #8 as the Plaintiff is unaware of any communication between the parties in August of 2017. Plaintiff has no objection to Defendant's Exhibit #8 if in fact the same refers to correspondence between the parties dated April 24, 2017, as is otherwise referenced as Plaintiff's Exhibit #3.

No. 3:17-cv-3156
**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS**

15. Plaintiff has no objection to the admission of Plaintiff's Exhibit #9, as the same is identical to Plaintiff's Exhibit 2.

16. Plaintiff objects to Defendant's Exhibit #10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21, as the same are irrelevant to the determination of any issue raised by the parties' respective pleadings.

17. Plaintiff has no objection to the admission of Plaintiff's Exhibit #22.

18. Plaintiff has no objection to the admission of Plaintiff's Exhibit #23.

19. Plaintiff has no objection to the admission of Plaintiff's Exhibit # 24, as the same are identical to Plaintiff's Exhibit 24.

Respectfully submitted,

Plaintiff, AUMANN AUCTIONS INC.,

BY:    /S/ EDWARD T. GRAHAM, JR.
      EDWARD T. GRAHAM, JR.
      One of the Attorneys for Plaintiff
      BROWN, HAY + STEPHENS, LLP
      205 S. 5th Street, Suite 1000
      Post Office Box 2459
      Springfield, Illinois 62705-2459
      (217) 544-8491
      egraham@bhslaw.com

BY:    /S/ AARON D. CALVERT
      AARON D. CALVERT
      One of the Attorneys for Plaintiff
      BEAVERS, CALVERT, BROTHERTON & FRISCH
      221 West Main Cross Street
      Post Office Box 320
      Taylorville, Illinois 62568
      217/824-3341
      adc@bcbflegal.com

No. 3:17-cv-3156
**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing instrument, **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS**, was served upon the attorneys of all parties to the above cause by email to all primary and secondary e-mail addresses of record designated by those individuals on this 8th day of July 2021.

TO:    Theresa M. Powell
          Deanna S. Mool
          Heyl, Royster, Voelker & Allen, P.C.
          3731 Wabash Avenue
          Springfield, IL  62711
          tpowell@heylroyster.com
          dmool@heylroyster.com

                    BY:    /S/ EDWARD T. GRAHAM, JR.
                            EDWARD T. GRAHAM, JR.
                            One of the Attorneys for Plaintiff
                            BROWN, HAY + STEPHENS, LLP
                            205 S. 5th Street, Suite 1000
                            Post Office Box 2459
                            Springfield, Illinois 62705-2459
                            (217) 544-8491
                            egraham@bhslaw.com